## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MARK SALVADORI, | : | No. 4 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (UNINSURED EMPLOYERS | : | |
| GUARANTY FUND AND FARMERS | : | |
| PROPANE, INC.), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.